UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DARWIN DIAZ DIMAS, ESTEBAN GARRIDO MORALES, and DANOVER NIETO LONDONO, <br><br> Petitioners, <br><br> v. <br><br> ANTONE MONIZ et al., <br><br> Respondents. | Civil No. 25-12665-LTS |

## JUDGMENT

October 27, 2025

SOROKIN, J.

Pursuant to the Court's Order dated October 6, 2025 (Doc. No. 14), the Petition for Writ of Habeas Corpus is ALLOWED as to petitioners Darwin Diaz Dimas and Esteban Garrido Morales for the reasons and to the extent the Court described.

Pursuant to the Stipulation dated October 24, 2025 (Doc. No. 20), the Petition for Writ of Habeas Corpus is DISMISSED as to petitioner Danover Nieto Londono.

All parties shall bear their own fees and costs.

SO ORDERED.

/s/ Leo T. Sorokin
United States District Judge